Richard M. Foster (SBN 93909)
richard@rmflaw.com
**LAW OFFICES OF RICHARD FOSTER**
5429 Cahuenga Boulevard
North Hollywood, CA 91601
Telephone: (818) 508-1500
Facsimile: (818) 508-1529

Vip Bhola, Esq. (SBN 183980)
vbhola@icloud.com
**LAW OFFICES OF VIP BHOLA**
5429 Cahuenga Boulevard, Suite 101
North Hollywood, CA 91601
Telephone: (818) 347-5297
Facsimile: (818) 221-0302

Attorneys for Plaintiffs Elaine Banks and Mark S. Bamber, as Trustees of the 2001 Helen B. Illsley Revocable Trust

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELAINE BANKS AND MARK S. BAMBER, AS TRUSTEES FOR THE 2001 HELEN B. ILLSLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-08194-CRB<br><br>[Removed from the Superior Court of California, County of Marin, Case No. CV0009148]<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO DISMISS AFTER DEADLINE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Hearing on Motion to Dismiss: December 4, 2026, 10:00 a.m., Courtroom 6 (via Zoom only) |

The Court, having considered Plaintiffs' Administrative Motion for Leave to File Opposition to Motion to Dismiss After Deadline, the supporting Declaration of Richard M. Foster, any response thereto, and the record in this action, finds that good cause exists and that Plaintiffs' failure to file a timely opposition was the result of excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B). Accordingly, the motion is GRANTED, and IT IS HEREBY ORDERED that:

1. Plaintiffs' deadline to oppose Defendant Bank of America, N.A.'s Motion to Dismiss (Dkt. 12) and Request for Judicial Notice (Dkt. 13) is extended, nunc pro tunc, to October 19, 2026,

and Plaintiffs' Opposition filed on October 19, 2026 is deemed timely filed.

2. Defendant may file a reply to Plaintiffs' Opposition on or before November 13, 2026, or seven (7) days after the date of this Order, whichever is later.

3. The hearing on Defendant's Motion to Dismiss is continued from November 20, 2026 to ~~December 4, 2026~~ December 11, 2026 at 10:00 a.m. by Zoom videoconference, at 10:00 a.m., by Zoom videoconference.

**IT IS SO ORDERED.**

Dated: October 21, 2026

HON. CHARLES R. BREYER
United States District Judge